```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A05-0122--CV (JWS)
               "EEOC V UNITED FREIGHT & TRANSPORT INC"

       Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 06/01/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Jury
```

Parties of Record:                            Counsel of Record:

PLF 1.1         EQUAL EMPLOYMENT OPPORTUNITY      Teri Healy
                COMMISSION                        EEOC
                                                  Federal Office Building
                                                  909 First Avenue, Suite 400
                                                  Seattle, WA 98104-1061
                                                  206-220-6916
                                                  FAX 206-220-6911

DEF 1.1         UNITED FREIGHT & TRANSPORT INC    William J. Evans
                                                  Dorsey & Whitney
                                                  1031 W. 4th Avenue, Suite 600
                                                  Anchorage, AK 99501
                                                  907-276-4557

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0122--CV (JWS)
                         "EEOC V UNITED FREIGHT & TRANSPORT INC"

                                   For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/01/05
             Closed: NO

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (442) Jobs

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by: Jury


Document #    Filed      Docket text

    1 -  1   06/01/05   Complaint filed.

    1 -  2   06/01/05   PLF 1 Jury Demand.

 NOTE -  1   06/02/05   Issued: summons re: DEF 1.

    2 -  1   07/05/05   DEF 1 Answer to Complaint.

    3 -  1   07/06/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    4 -  1   08/03/05   DEF 1 Unopposed motion for extension of time until 8/15/05 to file Rule
                        16(b)/26(f) report.

    4 -  2   08/09/05   JWS Order granting unoppo mot for ext of time until 8/15/05 to file Rule
                        16(b) rpt (4-1). cc: cnsl

    5 -  1   08/19/05   PLF 1; DEF 1 Report re: S&P conf.

    6 -  1   08/29/05   JWS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 01/31/06; Dispositive motions deadline 03/01/06; Estimate of
                        trial 7 days. cc: cnsl

    7 -  1   08/31/05   DEF 1 Preliminary Witness List.

    8 -  1   10/17/05   PLF 1 Attorney Substitution of T. Healy.

    9 -  1   11/01/05   ZZZ 1 motion to intervene w/att exh & prop cmplt in intervention.

   10 -  1   11/21/05   DEF 1 non-opposition to ZZZ 1 motion to intervene (9-1).

   11 -  1   11/29/05   DEF 1 Answer to Complaint in Intervention.
```