Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

LODGED
NOV 0 1 2005

FILED
DEC 0 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
            )
        Plaintiff, )
            )
    vs.     )
            )
UNITED FREIGHT AND TRANSPORT, )
INC., )
            )
        Defendant. )
_____ )  Case No. A05-0122-CIV (JWS)

### ORDER GRANTING MOTION TO INTERVENE

Shotsay Posciri having moved this Court for leave to intervene as Plaintiff-Intervenor in the above-captioned action, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED the Motion to Intervene is granted and

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

12

Defendant United Freight & Transport, Inc., shall consider itself served with the Complaint in Intervention as of this date.

DATED this 30th day of November, 2005.

_____
The Honorable John W. Sedwick
United States District Judge

A05-0122--CV (JWS)   12-2-05

✓ K. LEGACKI
✓ W. EVANS (DORSEY)
✓ T. HEALY

I HEREBY CERTIFY that on the 1st day of November, 2005, a copy of the foregoing document was mailed to the offices of:

A. Luis Lucero, Jr.
Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission
909 First Avenue, Suite 400
Seattle, WA  98104-1061

William J. Evans
Dorsey & Whitney
1031 West Fourth Avenue, Suite 600
Anchorage, AK  99501-5907

_____
Karen Hayes

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

ORDER GRANTING MOTION TO INTERVENE
EEOC v. United Freight & Transport - Case No. A05-0122-CIV (JWS)
Page 2 of 2