FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 2: 04

Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) | |
| and ) ) ) | |
| SHOTSAY POSCIRI, ) ) ) | |
| Plaintiff-Intervenor, ) ) ) | |
| vs. ) ) ) | |
| UNITED FREIGHT AND TRANSPORT, INC., ) ) ) ) ) | |
| Defendant. ) _____) | Case No. A05-0122-CIV (JWS) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO FILE PARTIES' FINAL WITNESS LISTS**

Plaintiff Equal Employment Opportunity Commission, Plaintiff-Intervenor

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

16

Shotsay Posciri, and Defendant United Freight and Transport, Inc., by and through their respective attorneys of record, hereby stipulate and agree that the parties shall have until December 16, 2005, in which to file their final witness lists in the above-captioned matter.  An extension of time is necessary because depositions were taken in this case the week of December 6, 2005, and the parties need time to prepare their final witness lists.

DATED at Anchorage, Alaska, this 12th day of December, 2005.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff-Intervenor
Shotsay Posciri

By _____
Kenneth W. Legacki
Alaska Bar No. 8310132

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Attorneys for Plaintiff

By _____
Teri Healy

DORSEY & WHITNEY LLP
Attorneys for Defendant

By _____
Wendy E. Leukuma
Alaska Bar No. 0211048

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PARTIES'
FINAL WITNESS LISTS
EEOC v. United Freight & Transport - Case No. A05-0122-CIV (JWS)
Page 2 of 3

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

**FILED**

DEC 1 4 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

### ORDER

IT IS SO ORDERED.

DATED this ___13th___ day of December, 2005.

_____
The Honorable John W. Sedwick
United States District Judge

A05-0122-CV (JWS)     12-14-05

K. LEGACKI
W. EVANS (DORSEY)
T. HEALY

KENNETH W. LEGACKI, P.C.
ATTORNEYS AT LAW
425 "G" STREET
SUITE 920
ANCHORAGE, AK 99501
(907) 258-2422
FAX (907) 278-4848

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PARTIES'
     FINAL WITNESS LISTS
EEOC v. United Freight & Transport - Case No. A05-0122-CIV (JWS)
Page 3 of 3