William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>and<br><br>SHOTSAY POSCIRI,<br><br>        Plaintiff-Intervenor,<br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>        Defendant. | Case No. A05-0122 CV (JWS) |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING OPPOSITION TO <u>MOTION TO AMEND COMPLAINT</u>**

Defendant United Freight and Transport, Inc. having moved this Court for an extension of time to file its Opposition to Plaintiff-Intervenor's Motion to Amend Complaint, and Plaintiff and Plaintiff-Intervenor having no objection to said extension,

IT IS HEREBY ORDERED that said Opposition is due on or before January 17, 2006.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 5th day of January, 2006,
a true and correct copy of the foregoing document was
served electronically on the following:

Teri Healy
Equal Employment Opportunity Commission
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104

Kenneth W. Legacki
425 G Street, Suite 920
Anchorage, Alaska 99501

s/Wendy E. Leukuma_____

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE FOR FILING OPPOSITION TO MOTION
TO AMEND COMPLAINT
Page 2 of 2

*EEOC et al. v. United Freight &*
*Transport, Inc.*
Case No. A053-0122 CV (JWS)