William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>and<br><br>SHOTSAY POSCIRI,<br><br>        Plaintiff-Intervenor,<br><br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>        Defendant. | Case No. A05-0122 CV (JWS) |

## STIPULATION FOR EXTENSION OF TIME

The parties, by and through their counsel of record, hereby stipulate and agree that the deadline for completion of discovery in this matter shall be extended two months until Friday, March 31, 2006. The current deadline is Tuesday, January 31, 2006.

|  |  |
|---|---|
|  | DORSEY & WHITNEY LLP<br>Attorneys for Defendant |
| Date: January 5, 2006 | By: s/Wendy E. Leukuma<br>William J. Evans, ABA #9812092<br>Wendy E. Leukuma, ABA #0211048<br>DORSEY & WHITNEY LLP<br>1031 West 4th Avenue, Suite 600<br>Anchorage, Alaska 99501<br>Phone: 907-276-4557<br>Fax: 907-276-4152<br>Email: leukuma.wendy@dorsey.com |
|  | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Attorneys for Plaintiff |
| Date: January 5, 2006 | By: s/Teri Healy<br>Senior Trial Attorney<br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>909 First Avenue, Suite 400<br>Seattle, Washington 98104-1061<br>Phone: 206-220-6883<br>Fax: 206-220-6911<br>Email: teri.healy@eeoc.gov |
| Date: January 5, 2006 | s/Kenneth W. Legacki<br>Kenneth W. Legacki, ABA #8310132<br>Attorney for Plaintiff-Intervenor<br>425 G Street, Suite 920<br>Anchorage, Alaska 99501<br>Phone: 907-258-2422<br>Fax: 907-278-4848<br>Email: legacki@gci.net |

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME
Page 2 of 2

*EEOC et al. v. United Freight & Transport, Inc.*
Case No. A053-0122 CV (JWS)