William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>and<br><br>SHOTSAY POSCIRI,<br><br>Plaintiff-Intervenor,<br><br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>Defendant. | Case No. A05-0122 CV (JWS) |

## (PROPOSED) ORDER GRANTING EXTENSION OF TIME

The parties having stipulated to an extension of the deadline for completion of

discovery in the above-captioned action, and the Court having no objection to said

extension,

IT IS HEREBY ORDERED that discovery in this matter shall be completed on or

before Friday, March 31, 2006.

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.


_____
JOHN W. SEDWICK
United States District Court Judge


CERTIFICATE OF SERVICE

This certifies that on this 5th day of January, 2006,
a true and correct copy of the foregoing document was
served electronically on the following:

Teri Healy
Equal Employment Opportunity Commission
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104

Kenneth W. Legacki
425 G Street, Suite 920
Anchorage, Alaska 99501


s/Wendy E. Leukuma _____

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

(PROPOSED) ORDER GRANTING EXTENSION
OF TIME
Page 2 of 2

*EEOC et al. v. United Freight & Transport, Inc.*
Case No. A053-0122 CV (JWS)