William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>and<br><br>SHOTSAY POSCIRI,<br><br>           Plaintiff-Intervenor,<br><br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>           Defendant. | Case No. A05-0122 CV (JWS) |

**UNOPPOSED MOTION TO EXTEND DEADLINE FOR
FILING OPPOSITION TO MOTION TO AMEND COMPLAINT**

Defendant United Freight and Transport, Inc., by and through counsel, moves for an extension of time to January 17, 2006, to file its Opposition to Plaintiff-Intervenor's Motion to Amend Complaint, currently due Tuesday, January 10, 2006. Plaintiff and Plaintiff-Intervenor do not oppose said extension.

DATED this 4th day of January, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP
Attorneys for Defendant


By: s/Wendy E. Leukuma
William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048


CERTIFICATE OF SERVICE

This certifies that on this 5th day of January, 2006,
a true and correct copy of the foregoing document was
served electronically on the following:

Teri Healy
Equal Employment Opportunity Commission
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104

Kenneth W. Legacki
425 G Street, Suite 920
Anchorage, Alaska 99501


s/Wendy E. Leukuma

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING
OPPOSITION TO MOTION TO AMEND COMPLAINT
Page 2 of 2

*EEOC et al. v. United Freight & Transport, Inc.*
Case No. A053-0122 CV (JWS)