William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br>and<br><br>SHOTSAY POSCIRI,<br><br>          Plaintiff-Intervenor,<br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>          Defendant. | Case No. A05-122 CV (JWS) |

**ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE FOR FILING OPPOSITION TO
<u>MOTION TO AMEND COMPLAINT</u>**

Defendant United Freight and Transport, Inc. having moved this Court for an

extension of time to file its Opposition to Plaintiff-Intervenor's Motion to Amend

Complaint, and Plaintiff and Plaintiff-Intervenor having no objection to said extension,

IT IS HEREBY ORDERED that said Opposition is due on or before January 17, 2006.

ENTERED this 6th day of January 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE FOR FILING OPPOSITION TO MOTION
TO AMEND COMPLAINT
Page 2 of 2

*EEOC et al. v. United Freight &*
*Transport, Inc.*
Case No. A053-0122 CV (JWS)