William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>and<br><br>SHOTSAY POSCIRI,<br><br>    Plaintiff-Intervenor,<br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>    Defendant. | Case No. A05-0122 CV (JWS) |

## ORDER GRANTING EXTENSION OF TIME

The parties having stipulated to an extension of the deadline for completion of discovery in the above-captioned action, and the Court having no objection to said extension,

IT IS HEREBY ORDERED that discovery in this matter shall be completed on or before Friday, March 31, 2006.

ENTERED this 6th day of January 2006, at Anchorage, Alaska.

/s/
JOHN W. SEDWICK
United States District Court Judge

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

(PROPOSED) ORDER GRANTING EXTENSION
OF TIME
Page 2 of 2

*EEOC et al.  v. United Freight & Transport, Inc.*
Case No. A053-0122 CV (JWS)