# TAB C

Sep 19 03 01:13p    United Freight &Transport   907 272-4324        p.1

# UNITED FREIGHT & TRANSPORT
### 1701 E. FIRST AVENUE
### ANCHORAGE, ALASKA 99501
### 907-272-5700  /  FAX 907-272-4324

## facsimile TRANSMITTAL

To: _Michael Killian_

Company: _Teamsters_

Phone: _____    Fax: _____

Date: _9/19/03_

Re: _____

_Here is an updated dispatch record — not too much has changed_

From the desk of
Janice Mansfield
Office Manager

Total number of pages sent including cover page: __2__

If you have any questions, please call us at:
272-5700

Δπ EXHIBIT 15
Deponent M. Killian
Date 12-7-05 RS

UFT-01411

Exhibit __C__
Page __1__ of __2__

Sep 19 03 01:13p    United Freight &Transport    907 272-4324    p.2
 9-19-03;10:40AM;DUES/DISPATCH    ;907 565 81:2    # 1/ 1


RECEIVED
MAR 27 1997
___ OPEN
___ REQUEST TEAMSTERS LOCAL 959
ANCHORAGE, ALASKA
9/19/03

**TEAMSTERS LOCAL 959**
**STATE OF ALASKA**
GERALD L. HOOD
Secretary-Treasurer

**DISPATCH RECORD**



CALL TIME
a.m. _____
p.m. _____

DATE: From 3-25-97 Forward    TIME: _____    EMPLOYER NUMBER: _____

EMPLOYER __United Freight & Transport__

ADDRESS __1701 E. First Ave__    CITY __Anchorage, Alaska   99501__

TELEPHONE NUMBER __272-5700__    PERSON CALLING __Dana Adams - Dispatcher__

TELEPHONE NUMBER JOB __272-5700__    REPORTING PLACE __1701 E. First Ave.__

DESTINATION OF JOB __As designated with call__    REPORTING TIME __As designated with call__

PERSON TO REPORT TO __As designated with call__    NUMBER REQUEST __N/A__

NUMBER OF PEOPLE
TO BE DISPATCHED __As designated with call__    NUMBER OPEN __N/A__

JOB DESCRIPTION __Hostler - requirements listed below__

DAYS PER WEEK __As designated with call__    HOURS PER DAY __As designated with call__

DURATION OF JOB __As designated with call__

| BIDDER'S NAME | BID DATE | LEDGER NUMBER | DISPATCH DATE |
|---|---|---|---|

__Hostler requirements of United Freight & Transport__

Class A CDL ~~w/doubles~~ w/doubles.

Hazardous Material Training as regulated by DOT   8 HR CEE COURSE / WITH CARD

ICC Medical Card

Clean driving record  /COPY OF DMV RECORD

Knowledge of Anchorage Port

Knowledge of Anchorage Area

Tractor Driving Experience

Hostling Experience

Not Acceptable: Owner Operators                    EXH 15

UFT-01410

Exhibit C
Page 2 of 2