# TAB G



**TEAMSTERS LOCAL 959**
**STATE OF ALASKA**
GERALD L. HOOD
Secretary-Treasurer

✓ OPEN
___ REQUEST

**DISPATCH RECORD**

CALL TIME
a.m. _____
p.m. _____

DATE: 09-18-03   TIME: 1:20   EMPLOYER NUMBER: 9052

EMPLOYER: United Freight & Transport
ADDRESS: _____   CITY: _____
TELEPHONE NUMBER: 272-5700   PERSON CALLING: Dana Adams
TELEPHONE NUMBER JOB: _____   REPORTING PLACE: _____
DESTINATION OF JOB: Local   REPORTING TIME: _____
PERSON TO REPORT TO: Frank or Dana   NUMBER REQUEST: _____
NUMBER OF PEOPLE TO BE DISPATCHED: 3 per Frank 09/22   NUMBER OPEN: 3
JOB DESCRIPTION: Hostler (See job requirements)
Pre-employ drug test.

DAYS PER WEEK: _____   HOURS PER DAY: 85% of Scale 25.35
DURATION OF JOB: Full Time Reg. for 120 days + Teamster B.

| BIDDER'S NAME | BID DATE | LEDGER NUMBER | DISPATCH DATE |
|---|---|---|---|
| Daniel Goss | 4/30/99 | 11861 | AD-60666  09/18 |
| Ray Buckalew | 8/7/00 | 71060 | AD-60667  09/18 |
| Craig Merrick | 5/5/03 | 27551 | |
| Mike Padgett | 9/4/03 | 10070 | |
| William Shoemaker | 9/17/03 | 77951 | |
| 3:06 Late Bryan Caldwell | | | |
| 09/19 10am Gary Divoe Jr | 6/4/85 | 52823 | AD-60672  09/19 |
| Craig Merrick | 5/5/03 | 27551 | |
| William Shoemaker | 9/17/03 | 77951 | |
| 3pm Shotsey Breaux | 1/25/95 | 66056 | AD-60673  09/19 |
| Mike Padgett | 9/4/03 | 10070 | |
| 10 am 09/22 Daniel Tullis | 1/27/98 | 37769 | AD-60674  09/22 |
| Ricardo Sy | 5/30/02 | 76658 | |
| Tanova Thompson | 9/16/02 | 61547 | |
| Robert Stranger | 7/28/03 | 77769 | |
| Mike Padgett | 9/4/03 | 10070 | |

Δ π EXHIBIT 3
Deponent: M Jones
Date: 12-7-05   Rptr: RS
WWW.DEPOBOOK.COM

UFT-01407

Exhibit 6
Page 1 of 1