# TAB I



### General Teamsters Local 959 State of Alaska
*Affiliated with International Brotherhood of Teamsters*
ANCHORAGE, AK 99503, 520 E. 34TH AVE   (907) 565-8122   FAX (907) 565-8285   GERALD L. HOOD, Secretary-Treasurer
www.akteamsters.com

| | | |
|---|---|---|
| FAIRBANKS, ALASKA 99701, 751 Old Richardson Hwy., Suite 127 | (907) 452-2959 | FAX (907) 452-5051 |
| JUNEAU, ALASKA 99801, 306 Willoughby | (907) 586-3225 | FAX (907) 586-1227 |
| KENAI, ALASKA 99611, P.O. Box 3150 | (907) 283-4498 | FAX (907) 283-8030 |

October 2, 2003

Mr. Frank Monfrey
President
United Freight & Transport, Inc.
1701 E. First Avenue
Anchorage, AK  99501

Re:     Shotsay Breaux, Refusal to Hire

Dear Frank:

Please consider this letter a formal notice of a Step 1 grievance being filed by Teamsters Local 959.  The Company is in violation of Article 5, Sections 5.01 and 5.02, of the Collective Bargaining Agreement.

Ms. Shotsay Breaux was dispatched on September 19, 2003, to fill the second of three driver openings the Company had requested be filled through the Union's hiring hall. The Company, however, refused to hire her.

Ms. Breaux's work history is impeccable. It includes experience driving tractor-trailers and pulling freight. She has logged over twenty thousand hours of driving time over the past ten years and has a clean driving record. Her work history is extensive in comparison to the three members who were recently dispatched to the Company. Her driving time exceeds that of both other candidates referred.

There are currently no female drivers in the employ of the Company. Further, the Company has a history of not hiring female drivers. In dispatching Ms. Breaux, the Union furnished a qualified worker to fill the Company's available position. The Company has a contractual obligation to select an applicant on a non-discriminatory basis.

Please call me to schedule a meeting to resolve this issue. My office telephone number is 565-8272.

Sincerely,

TEAMSTERS LOCAL 959

*[signature]*

Michael Jones
Business Representative

MJ\03sep24UFATSBreauxGrv1



Δ π EXHIBIT 7
Deponent M. Jones
Date 12-7-05

UFT-01426

Exhibit  I
Page  1  of  1