# TAB J

**UNITED FREIGHT & TRANSPORT, INC.**
1701 E. FIRST AVENUE
ANCHORAGE, ALASKA 99501
907-272-5700  /  FAX  907-272-4324

10/6/03

Mr. Mike Jones
Business Representative, Teamsters Local 959
520 E. 34th Ave.
Anchorage, Alaska 99503

RE: Letter dated October 1, 2003–Step 1 Grievance

Dear Mike,

In response to your letter of formal notice of a step 1 grievance filed by Teamsters Local 959. And the company's violation of Article 5, section 5.01 and 5.02 of the collective bargaining agreement.

The company disagree's with your position on this matter. Due to uncertainties with two other driver's of the company the company made a decision to only hire one driver. We had interviewed three individuals prior to Ms. Breaux being dispatched for an interview. And had selected one of the candidates to fill the one position. And for the reasons stated above we closed the call. At that time there were no other positions available.

If you have any further question's please do not hesitate to call me.

Sincerely,

Frank S. Monfrey
President

UFT00075

Exhibit 5
Page 1 of 1