# TAB K

 

**TEAMSTERS LOCAL 959**
**STATE OF ALASKA**
GERALD L. HOOD
Secretary-Treasurer

☑ OPEN
___ REQUEST

**DISPATCH RECORD**

CALL TIME
A.M. _____
P.M. _____

DATE: _10-16-03_    TIME: _2:45_    EMPLOYER NUMBER: _9052_

EMPLOYER _U.E.A.T._

ADDRESS _____ CITY _____

TELEPHONE NUMBER _272-5700_    PERSON CALLING _Dana Adams_

TELEPHONE NUMBER JOB _____ REPORTING PLACE _____

DESTINATION OF JOB _Local_    REPORTING TIME _____

PERSON TO REPORT TO _Dana / Office_
NUMBER OF PEOPLE
TO BE DISPATCHED _2_    NUMBER REQUEST _____
NUMBER OPEN _3_

JOB DESCRIPTION _Hostler  (See attached requirements)_
_Pre-employ drug test_
_Drive Test_

DAYS PER WEEK _____    HOURS PER DAY _85% of Scale  $25.38_
DURATION OF JOB _____    _for 120 days, Teamster Benefits_

| BIDDER'S NAME | BID DATE | LEDGER NUMBER | DISPATCH DATE |
|---|---|---|---|
| Brad Weese | 4/13/94 | 64957 | RD-60765  10/16 |
| Perry Lemon | 8/12/81 | 46342 | AD-60768  10/17 |
| Donald Luff | 10/22/92 | 62969 | AD-60769  10/17 |

_Per Dana  Close call until Monday a.m. while they consider_
_above three.  2:50 pm MK_

_10/20  Re-Open Call per Dana - Will be hiring 3 drivers from above at this time._

| | | | |
|---|---|---|---|
| Charles Christofferson | 11/6/92 | 12551 | AD-60778  10/20 |
| Craig Merrick | 5/5/03 | 27551 | AD-60779  10/20 |
| Victor Montano | 10/13/03 | 78052 | AD-60780  10/20 |
| Arnold Avron | 10/13/03 | 78053 | AD-60781  10/20 |

_11:30 am  Close Call per Dana -_

Δ π EXHIBIT _10_
Deponent _M. Killian_
Date _2-7-06_ Rptr _RS_
WWW.DEPOBOOK.COM

UFT-01409

Exhibit _K_
Page _1_ of _1_