**TAB L**



# General Teamsters Local 959 State of Alaska

*Affiliated with International Brotherhood of Teamsters*

ANCHORAGE, AK 99503, 520 E. 34TH AVE  (907) 565-8122  FAX (907) 565-8205  GERALD L. HOOD, Secretary-Treasurer
www.akteamsters.com

FAIRBANKS, ALASKA 99701, 751 Old Richardson Hwy., Suite 127  (907) 452-2959   FAX (907) 452-5051
JUNEAU, ALASKA 99801, 305 Willoughby                         (907) 586-3225   FAX (907) 586-1227
KENAI, ALASKA 99611, P.O. Box 3150                           (907) 283-4498   FAX (907) 283-8030

October 2, 2003

Mr. Frank Monfrey
President
United Freight & Transport, Inc.
1701 E. First Avenue
Anchorage, AK 99501

Re:    Shotsay Breaux, Refusal to Hire

Dear Frank:

Please consider this letter a formal notice of a Step 1 grievance being filed by Teamsters Local 959. The Company is in violation of Article 5, Sections 5.01 and 5.02, of the Collective Bargaining Agreement.

Ms. Shotsay Breaux was dispatched on September 19, 2003, to fill the second of three driver openings the Company had requested be filled through the Union's hiring hall. The Company, however, refused to hire her.

Ms. Breaux's work history is impeccable. It includes experience driving tractor-trailers and pulling freight. She has logged over twenty thousand hours of driving time over the past ten years and has a clean driving record. Her work history is extensive in comparison to the three members who were recently dispatched to the Company. Her driving time exceeds that of both other candidates referred.

There are currently no female drivers in the employ of the Company. Further, the Company has a history of not hiring female drivers. In dispatching Ms. Breaux, the Union furnished a qualified worker to fill the Company's available position. The Company has a contractual obligation to select an applicant on a non-discriminatory basis.

Please call me to schedule a meeting to resolve this issue. My office telephone number is 565-8272.

Sincerely,

TEAMSTERS LOCAL 959

Michael Jones
Business Representative

MJ\03sep24UFATSBreauxGrv1

Exhibit L
Page 1 of 4


Δ π EXHIBIT 36
Deponent F. Monfre
Date 12-9-05
Rptr.
WWW.DEPOBOOK.COM

11- 8-05;10:53AM;LEGAL DEPARTMENT                                   ;907 565 8195           # 28/ 99

# UNITED FREIGHT & TRANSPORT, INC.
### 1701 E. FIRST AVENUE
### ANCHORAGE, ALASKA 99501
### 907-272-5700 / FAX 907-272-4324

10/6/03

Mr. Mike Jones
Business Representative, Teamsters Local 959
520 E. 34th Ave.
Anchorage, Alaska 99503

RE: Letter dated October 1, 2003-Step 1 Grievance

Dear Mike,

In response to your letter of formal notice of a step 1 grievance filed by Teamsters Local 959. And the company's violation of Article 5, section 5.01 and 5.02 of the collective bargaining agreement.

The company disagree's with your position on this matter. Due to uncertainties with two other driver's of the company the company made a decision to only hire one driver. We had interviewed three individuals prior to Ms. Breaux being dispatched for an interview. And had selected one of the candidates to fill the one position. And for the reasons stated above we closed the call. At that time there were no other positions available.

If you have any further question's please do not hesitate to call me.

Sincerely,

Frank S. Monfrey
President

Exhibit L
Page 2 of 4

11- 8-05;10:53AM;LEGAL DEPARTMENT ;907 565 8195 # 27/ 99



# General Teamsters Local 959 State of Alaska

*Affiliated with International Brotherhood of Teamsters*

ANCHORAGE, AK 99503, 520 E. 34TH AVE (907) 565-8122  FAX (907) 565-8265  GERALD L. HOOD, Secretary-Treasurer
www.akteamsters.com

FAIRBANKS, ALASKA 99701, 751 Old Richardson Hwy., Suite 127  (907) 452-2959  FAX (907) 452-5051
JUNEAU, ALASKA 99801, 306 Willoughby  (907) 586-3225  FAX (907) 586-1227
KENAI, ALASKA 99611, P.O. Box 3150  (907) 283-4496  FAX (907) 283-8030

October 31, 2003

Mr. Frank Monfrey
President
United Freight & Transport, Inc.
1701 E. First Avenue
Anchorage, AK. 99501

Re: Grievance Against Hiring Practices

Dear Mr. Monfrey:

This letter is formal notice of a Step 2 grievance being filed by Teamsters Local 959.

When the Company recently hired Mr. Dan Tullis after it closed the job call of September 18, 2003, and prior to requesting a new job call on October 16, 2003, it violated Article 5 of the Collective Bargaining Agreement.

Teamsters Local 959 views the Company's recent offer of employment to Dan Tullis as a breach of the understanding expressed in your letter of October 6, 2003.

The Union's position is that our grievance of October 2, 2003, referred to as "Shotsay Breaux, Refusal to Hire," is once again an active grievance and will be used as evidence in connection with this grievance. We request a Step 2 meeting on the "Shotsay Breaux, Refusal to Hire" grievance.

Please call me to schedule a meeting to resolve these issues. My office telephone number is 565-8272.

Sincerely,

TEAMSTERS LOCAL 959

Michael Jones
Business Representative

c: Shotsay Breaux

MJ\03oct31SBreauxGrv

Certified 7002-0860-0008-4439-3468

Exhibit L
Page 3 of 4

11- 8-05;10:53AM;LEGAL DEPARTMENT ;907 565 8195 # 30/ 99



# General Teamsters Local 959 State of Alaska
*Affiliated with International Brotherhood of Teamsters*
ANCHORAGE, AK 99503, 520 E. 34TH AVE  (907) 565-8122  FAX (907) 565-8255  GERALD L. HOOD, Secretary-Treasurer
www.akteamsters.com

FAIRBANKS, ALASKA 99701, 751 Old Richardson Hwy., Suite 127   (907) 452-2959   FAX (907) 452-5051
JUNEAU, ALASKA 99801, 306 Willoughby   (907) 586-3225   FAX (907) 586-1227
KENAI, ALASKA 99611, P.O. Box 3150   (907) 283-4468   FAX (907) 283-9030

November 18, 2003

Mr. Frank Monfrey
President
United Freight & Transport
1701 E. First Avenue
Anchorage, AK 99501

Re:   Shotsay Breaux

Dear Frank:

The Union proposes the following settlement for the grievance filed on behalf of Ms. Breaux:

1. Compensate Ms. Breaux for all wages and benefits paid to Mr. Dan Tullis since his date of hire.

2. Post seniority position of Ms. Breaux ahead of Mr. Tullis.

3. Waive the probationary period for Ms. Breaux.

4. Afford any employee laid off due to Ms. Breaux's hire credit toward probation if rehired.

Please call me at 565-8272 at your earliest convenience to discuss this proposal.

Sincerely,

TEAMSTERS LOCAL 959

Michael E. Jones
Business Representative

MJ\03nov18SBreauxStlProp

Exhibit L
Page 4 of 4