William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br>and<br><br>SHOTSAY POSCIRI,<br><br>　　　　　Plaintiff-Intervenor,<br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>　　　　　Defendant. | Case No. A05-0122 CV (JWS) |

**PROPOSED ORDER DENYING PLAINTIFF-INTERVENOR'S
<u>MOTION TO AMEND COMPLAINT</u>**

Defendant United Freight and Transport, Inc. having opposed Plaintiff-Intervenor Posciri's motion to amend the Complaint in this matter, and the Court having reviewed all briefing pertaining to said motion,

IT IS HEREBY ORDERED that for good cause shown, Plaintiff-Intervenor's Motion to Amend Complaint is DENIED.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 20th day of January, 2006,
a true and correct copy of the foregoing document was
served electronically on the following:

Teri Healy
Equal Employment Opportunity Commission
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Email: teri.healy@eeoc.gov

Kenneth W. Legacki
425 G Street, Suite 920
Anchorage, Alaska 99501
Email: legacki@gci.net

by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
of if not confirmed by ECF, by first class regular mail.

s/William J. Evans

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

PROPOSED ORDER DENYING PLAINTIFF-INTERVENOR'S        *EEOC et al. v. United Freight &*
MOTION TO AMEND COMPLAINT                                               *Transport, Inc.*
Page 2 of 2                                                   Case No. A053-0122 CV (JWS)
4812-6281-6256\1\477319\00001