Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| SHOTSAY POSCIRI, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| UNITED FREIGHT AND TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) Case No. 3:05-cv-0122-TMB |

**PLAINTIFF-INTERVENOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO <u>OPPOSITION TO MOTION TO AMEND COMPLAINT</u>**

      Plaintiff-Intervenor Shotsay Posciri, by and through counsel, hereby moves this Court for an extension of time until February 6, 2006, in which to file her response to Defendant's Opposition to Plaintiff-Intervenor's Motion to Amend Complaint, dated January 20, 2006 [Document No. 27]. Wendy Leukuma, counsel for Defendant United Freight and Transport, Inc., has no objection to this requested extension of time.

      DATED at Anchorage, Alaska, this 26th day of January, 2006.

                  KENNETH W. LEGACKI, P.C.
                  Attorney for Plaintiff-Intervenor
                  Shotsay Posciri

                  By    s/Kenneth W. Legacki
                        Kenneth W. Legacki
                        Alaska Bar No. 8310132

I HEREBY CERTIFY that on the 26th day of
January, 2006, a copy of the foregoing
document was served electronically on:

Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission

William J. Evans
Wendy Edwards Leukuma
Dorsey & Whitney

      s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

PLAINTIFF-INTERVENOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO AMEND COMPLAINT
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 2 of 2