Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| SHOTSAY POSCIRI, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| UNITED FREIGHT AND TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:05-cv-0122-TMB |

**(PROPOSED) ORDER GRANTING**
**PLAINTIFF-INTERVENOR'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE REPLY TO**
<u>**OPPOSITION TO MOTION TO AMEND COMPLAINT**</u>

   Plaintiff-Intervenor Shotsay Posciri having moved this Court for an extension of time until February 6, 2006, in which to file her response to Defendant's Opposition to Plaintiff-Intervenor's Motion to Amend Complaint, and defendant having no objection to said extension,

   IT IS HEREBY ORDERED the unopposed Motion for Extension of Time is granted.

   DATED this _____ day of _____, 2006.

         _____
         The Honorable Timothy M. Burgess
         United States District Judge

I HEREBY CERTIFY that on the 26th day of
January, 2006, a copy of the foregoing
document was served electronically on:

Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission

William J. Evans
Wendy Edwards Leukuma
Dorsey & Whitney

  _____s/Kenneth W. Legacki_____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING PLAINTIFF-INTERVENOR'S UNOPPOSED MOTION FOR EXTENSION
  OF TIME TO FILE REPLY TO OPPOSITION TO MOTION TO AMEND COMPLAINT
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 2 of 2