# EXHIBIT 5

```
 1  recommendation. I can't remember all of it.
 2    Q.  Any specific questions about Shotsay asked?
 3    A.  Specific in what way?
 4    Q.  Whether any comments were made about her or
 5  anything like that because she was a woman or anything
 6  like that?
 7    A.  No.
 8    Q.  So there was no -- do you recall anything else
 9  beside the fact of the driving test, anything else
10  discussed about Shotsay?
11    A.  They asked me how I felt about having a woman
12  as a co-worker and whether I was -- had any reservations
13  about that kind of situation.
14    Q.  And your answers were?
15    A.  No.
16    Q.  When did you begin working for United Freight?
17    A.  1989.
18    Q.  And do you know how many women drivers have
19  been there?
20    A.  I believe there's been five.
21    Q.  Five that have been hired?
22    A.  Yes, I believe so.
23    Q.  How many have been tested? Do you know?
24    A.  Tested as in driving test? Every one of them.
25    Q.  I'm sorry. I misspoke. That's all there was,
                                              Page 102
```

```
 1  just those five women that tested, or was there any other
 2  women, to your knowledge, that had been tested or
 3  dispatched and not been hired?
 4    A.  Could have been, but I'm not privy to that.
 5    Q.  Do you know how long those women lasted?
 6    A.  Generally, a couple of them didn't last very
 7  long, month, month and a half. One of them worked for us
 8  a couple of years. Had another one that didn't last two
 9  weeks.
10    Q.  One lasted a couple of years. Who was that?
11  Do you know?
12    A.  I can't remember her name. I would have to
13  look it up.
14    Q.  Do you know why she left?
15    A.  Yes, I do.
16    Q.  Why?
17    A.  Unease with the boss.
18    Q.  With the boss?
19    A.  Yes.
20    Q.  What boss?
21    A.  Mr. McCormick.
22    Q.  What was the unease about?
23    A.  She just didn't feel comfortable around him.
24    Q.  Was he making any sexual advances toward her or
25  anything like that?
                                              Page 103
```

```
 1    A.  No.
 2    Q.  Was he a bully?
 3    A.  Just hard to get along with. And she just
 4  didn't feel like dealing with it anymore.
 5    Q.  Did you ever talk to her about it?
 6    A.  After she quit.
 7    Q.  What did she say?
 8    A.  Basically what she said was that she just
 9  didn't feel like dealing with the stress of the situation
10  down there and stuff and went on to greener pastures.
11    Q.  Did she describe what the stress was?
12    A.  Not in great detail, no.
13    Q.  Can you tell me what she did tell you?
14    A.  We were having some problems between the
15  company and Teamsters at that time in regards to -- I
16  guess the simplest way to say this is Mr. McCormick
17  wanted us to come in on our own time and pretrip
18  equipment before we went on the clock.
19    Q.  To work off the clock?
20    A.  Yes.
21    Q.  Did any other male employees complain about
22  that?
23    A.  No. There were other male employees that
24  complained about it. They went to the union about it a
25  couple of times.
                                              Page 104
```

```
 1    Q.  So she just did not like the boss. Did she
 2  feel it was because of her gender or just because she was
 3  a driver?
 4    A.  No, just as a driver. I don't think there was
 5  any gender involved. She was a good employee. She did a
 6  good job.
 7    Q.  Do you think the way -- was he treating her
 8  differently than the other drivers?
 9    A.  No.
10    Q.  Now, the other women who were there, you say
11  they didn't last that long. Why is it they were not able
12  to last that long? Did they quit because of frustration
13  or were they fired?
14    A.  I believe a couple of them were let go.
15    Q.  Why?
16    A.  Just efficiency wasn't high enough. And one of
17  them just never seemed to show up for work.
18    Q.  What do you mean by "efficiency"? Can you
19  explain that?
20    A.  Taking too long to make deliveries, wasn't
21  moving enough trailers in one day.
22    Q.  Is there a quota?
23    A.  No written quota.
24    Q.  Is there basically just a feel?
25    A.  Yes.
                                              Page 105
```

**Page 122**

1  and just on down the list.
2    Q. And United Freight it's not when you're hired
3  with that company -- not necessarily how long you've been
4  a Teamster, right?
5    A. No.
6    Q. So let's assume somebody was hired at United
7  that's been a Teamster for five years, and they have been
8  working for say three years at United hypothetically.
9  And then a guy who has been a Teamster for 15 years, he
10 gets hired by United, does he jump over?
11   A. No.
12   Q. So the guy who has been there for two years,
13 even though he's been a Teamster for five years, he's
14 higher in seniority at United?
15   A. That's right.
16   Q. So he gets to decide I'm going to take a
17 three-day weekend and go fishing, that kind of thing?
18   A. Yes.
19   Q. And was there a policy at United to ask for
20 like five drivers for two or three slots?
21   A. Yes.
22   Q. Why was that?
23   A. To get the best qualified driver that they can.
24   Q. Is that a violation of not -- to steer against
25 the whole seniority system if the actual seniority system

**Page 123**

1  did do it that way?
2    A. No, not that I was ever aware of. And the
3  union never said we couldn't do it.
4    Q. To your knowledge?
5    A. Yes.
6    Q. You don't know if they talked to Frank about it
7  and said, hey, we can't do this anymore?
8    A. No. And we had been doing it for almost
9  10 years before Frank came along. We had been doing it
10 before I came.
11   Q. Asking for more drivers --
12   A. Than positions available.
13   Q. So during that period of time, were there women
14 drivers competing with men drivers and not being hired?
15   A. I can't remember any.
16   Q. Do you recall when the women drivers that were
17 hired there, during your time you worked at United
18 Freight, whether or not they were competing against other
19 men at the same time for that one slot?
20   A. No, not that I remember.
21   Q. You mentioned earlier about the one woman who
22 did not like the boss because -- and the boss wanted the
23 drivers to work off the clock. Was there a grievance
24 filed on that one?
25   A. No, with her, no.

**Page 124**

1    Q. Did the other drivers file a grievance?
2    A. Yes.
3    Q. And I guess the practice had to stop; is that
4  correct?
5    A. No.
6    Q. The union let the drivers continue to do it?
7    A. Yeah.
8    Q. Doesn't the -- don't the federal regs count
9  that as work time?
10   A. Yeah.
11   Q. Why did the union let these guys working for
12 the company, allow these guys to do it working off the
13 clock?
14   A. The answer I got was there's nothing we can do
15 about it. It's what a driver wants to do on his own
16 time.
17   Q. Is that still going on now?
18   A. To my knowledge, I don't know.
19   Q. Was it going on in '03?
20   A. Yes.
21   Q. What would happen to a driver if they didn't
22 want to work off the clock?
23   A. Legality wise, nothing.
24   Q. Okay. Go ahead.
25   A. We're not going to go into it.

**Page 125**

1    Q. Why?
2    A. Pressure. Let's just put it that way --
3  pressure from the company.
4    Q. What kind of pressure?
5      MR. EVANS: Objection to the relevance of going
6  into -- do you want to conduct a deposition on a
7  potential wage and hour claim be my guest -- unless it
8  relates to this --
9      MR. LEGACKI: I could think of the relevancy of
10 it in the sense though as we talked about yesterday, you
11 know, Mike Posciri is business agent and the union would
12 not have had anything to do with, you know, did they want
13 the wife of a business agent, who may change that policy.
14 Go ahead.
15      Sorry to put you on the spot, but you no longer
16 work for the company.
17      THE WITNESS: In my case I was pulled out of a
18 nice truck and put into one of the older dilapidated
19 ones.
20 BY MR. LEGACKI:
21   Q. So that brings up a point. Let's assume if a
22 company wanted to try to get rid of somebody, they would
23 do these kind of things, pull them out of a nice truck
24 and put them in a dilapidated truck or give them
25 different shifts, or give them some of the scutt work and

William Smith                          Deposition                        December 8, 2006

**Page 126**

1   things like that?
2      A.  It's possible, yes.
3      Q.  So the company was not above harassing
4   employees that they didn't like?
5         MR. EVANS:  Objection to characterization.
6   BY MR. LEGACKI:
7      Q.  They were not above harassing employees they
8   wanted to get rid of?
9         MR. EVANS:  Same objection.
10        THE WITNESS:  I just -- I never got into it
11  that deep, so what the company did to an employee, I
12  can't tell you as to what their end result wanted to be;
13  whether they wanted to fire them, or whether they just
14  wanted to discipline or teach them a lesson.
15  BY MR. LEGACKI:
16     Q.  Okay.  The company could have, if they wanted
17  to be kind of hard nose?
18     A.  Yes.  That's true in any field.
19        MR. LEGACKI:  That's all I have for now.
20             EXAMINATION
21  BY MR. EVANS:
22     Q.  Mr. Smith, when you conducted the driving test
23  for Dan Tullis, did Mr. Tullis perform the test in a safe
24  manner?
25     A.  Yes, he did.

**Page 127**

1      Q.  Did you have any concerns about his safety at
2   all during his driving test?
3      A.  No.
4      Q.  When you were asked after the completion of
5   your -- the driving test of Dan Tullis to pick which
6   driver between Shotsay and Dan Tullis performed better,
7   did anyone at United Freight indicate to you in any way,
8   or any fashion, which driver you should pick?
9      A.  No.
10     Q.  Was Shotsay Posciri's gender a factor at all in
11  your decision as to which driver you picked?
12     A.  No.
13     Q.  In your experience at United Freight and your
14  involvement in the hiring process, has union seniority,
15  overall union seniority, to your knowledge, ever been a
16  factor on which drivers were selected by United Freight?
17     A.  Once they're dispatched down to United Freight,
18  no.
19        MR. EVANS:  I have no other questions.
20             FURTHER EXAMINATION
21  BY MS. KUCUK:
22     Q.  To your knowledge, did United Freight ever have
23  any trouble getting more drivers than there were open
24  positions from the union?
25     A.  Yes.

**Page 128**

1      Q.  And how would that trouble come up?  How were
2   you aware of that?
3      A.  Because I had been told by dispatch that they
4   put an open call in and they had not received anybody.
5      Q.  So they had -- sometimes United Freight had
6   trouble getting any drivers at all from the union?
7      A.  Yes.
8      Q.  But let's say they have one position open and
9   it was United Freight's desire to have at least two or
10  three drivers to look at and see who would be best, and
11  they asked the union for two or three drivers.  Did they
12  ever have trouble getting those two or three drivers?
13     A.  Yes.
14     Q.  And why would they have trouble?
15     A.  There wasn't any available.
16     Q.  Did it ever happen that the union would say
17  you're only allowed to have one at a time?
18     A.  No.
19     Q.  Did you have contact with the union regarding
20  who was going to come out for the driving test?
21     A.  No.
22     Q.  Would that have been Dana, the dispatcher?
23     A.  Yes.
24        MS. KUCUK:  We don't have any further
25  questions.

**Page 129**

1             FURTHER EXAMINATION
2   BY MR. LEGACKI:
3      Q.  The hours at United Freight is it pretty much a
4   steady work day, I mean, as far as like 8:00 to 5:00 or
5   something like that -- pretty routine?
6      A.  I'll give you a background of what happens at
7   United Freight so you can get a clear picture of what
8   goes on.
9         Sunday is a ship day.  99 percent of the time
10  every man is called in on a ship day so we can get
11  freight on the streets for customers because they want it
12  before they're even off the ship.
13        Monday is the day after ship day.  We call in
14  and everybody to clear off the Port as many vans as the
15  customers want.  Monday just before noon, the dispatcher
16  will figure out how many drivers, or how many trailers
17  are going to be delivered in the afternoon, and they go
18  through a process that determines how many drivers they
19  need to deliver those trailers.
20        And if we don't need all 20 drivers, he will
21  start at the top of the seniority list and say, do you
22  want to work this afternoon or do you want to go home,
23  until he gets the number of drivers he wants.
24        Tuesday is ship day.  So everybody is called
25  in on Tuesday.  Same process happens Wednesday morning,