Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| SHOTSAY POSCIRI, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| UNITED FREIGHT AND TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) |
| | )  Case No. 3:05-cv-0122-TMB |

**NOTICE OF SUBMISSION OF SIGNED
AFFIDAVIT OF MICHAEL KILLIAN
IN SUPPORT OF REPLY TO
DEFENDANT'S OPPOSITION TO MOTION TO AMEND COMPLAINT**

Plaintiff-Intervenor Shotsay Posciri, by and through counsel, hereby submits the signed and notarized Affidavit of Michael Killian.  An unsigned affidavit was submitted to the Court as Exhibit 2 to her Reply to Defendant's Opposition to Plaintiff-Intervenor's Motion to Amend Complaint, filed February 6, 2006.  [Docket No. 31]

DATED at Anchorage, Alaska, this 8th day of February, 2006.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff-Intervenor
Shotsay Posciri


By   s/Kenneth W. Legacki
     Kenneth W. Legacki
     Alaska Bar No. 8310132
     425 G Street, Suite 920
     Anchorage, AK  99501
     Phone: (907) 258-2422
     Facsimile: (907) 278-4848
     E-mail: legacki@gci.net


I HEREBY CERTIFY that on the 8th day of February, 2006, a copy of the foregoing document was served electronically on:

Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission

William J. Evans
Wendy Edwards Leukuma
Dorsey & Whitney

_____ s/Kenneth W. Legacki _____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

NOTICE OF FILING SIGNED AFFIDAVIT OF MICHAEL KILLIAN
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 2 of 2