Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail: legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| SHOTSAY POSCIRI, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| UNITED FREIGHT AND TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) Case No. 3:05-cv-0122-TMB |

**STIPULATION TO EXTEND DATE FOR CLOSE OF DISCOVERY**

The parties herein, by and through their respective attorneys of

record, hereby stipulate and agree that the deadline for completion of discovery in this matter shall be extended from March 31, 2006 until June 30, 2006. Additional time to complete discovery is necessary because several depositions remain to be taken and it has been difficult to coordinate the schedules of the deponents and the parties' counsel because some of the witnesses have medical problems and other witnesses have scheduling problems.

KENNETH W. LEGACKI, P.C.
Attorney for Plaintiff-Intervenor
Shotsay Posciri

Dated: March 8, 2006         By      s/Kenneth W. Legacki
                                     Kenneth W. Legacki
                                     Alaska Bar No. 8310132
                                     425 G Street, Suite 920
                                     Anchorage, AK  99501
                                     Telephone: (907) 258-2422
                                     Facsimile: (907) 278-4848
                                     E-mail: legacki@gci.net


EQUAL EMPLOYMENT OPPORTUNITY
   COMMISSION
Attorneys for Plaintiff

Dated: March 8, 2006         By      s/Teri Healy
                                     Teri Healy
                                     Senior Trial Attorney
                                     909 First Avenue, Suite 400
                                     Seattle, WA  98104-1061
                                     Telephone: (206) 220-6883
                                     Facsimile: (206) 220-6911
                                     E-mail: teri.healy@eeoc.gov

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

STIPULATION TO EXTEND DATE FOR CLOSE OF DISCOVERY
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 2 of 3

DORSEY & WHITNEY LLP
Attorneys for Defendant

Dated: March 8, 2006	By     s/Wendy E. Leukuma
	Wendy E. Leukuma (ABA #0211048)
	William J. Evans (ABA #9812092)
	1031 West 4th Avenue, Suite 600
	Anchorage, AK  99501
	Telephone: (907) 276-4557
	Facsimile: (907) 276-4152
	E-mail: leukuma.wendy@dorsey.com
	E-mail: evans.william@dorsey.com

I HEREBY CERTIFY that on the 8th day of March, 2006, a copy of the foregoing document was served electronically on:

Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission

William J. Evans
Wendy Edwards Leukuma
Dorsey & Whitney

          s/Kenneth W. Legacki

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

STIPULATION TO EXTEND DATE FOR CLOSE OF DISCOVERY
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 3 of 3