Kenneth W. Legacki, Esq.
Alaska Bar No. 8310132
425 G Street, Suite 920
Anchorage, AK  99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848
E-mail:  legacki@gci.net

Attorney for Plaintiff-Intervenor
Shotsay Posciri

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) |
| Plaintiff, | ) ) ) |
| and | ) ) |
| SHOTSAY POSCIRI, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| vs. | ) ) |
| UNITED FREIGHT AND TRANSPORT, INC., | ) ) ) |
| Defendant. | ) ) |
| | )  Case No. 3:05-cv-0122-TMB |

**(PROPOSED) ORDER GRANTING
STIPULATION TO EXTEND DATE FOR CLOSE OF DISCOVERY**

The parties having stipulated to an extension of time from March 31, 2006 until June 30, 2006 to complete discovery in this matter, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED the extension of time is granted and discovery in the above-captioned matter shall be completed on or before June 30, 2006.

DATED this _____ day of _____, 2006.

_____
The Honorable Timothy M. Burgess
United States District Judge

I HEREBY CERTIFY that on the 8th day of March, 2006, a copy of the foregoing document was served electronically on:

Kathryn Olson
Teri Healy
Equal Employment Opportunity Commission

William J. Evans
Wendy Edwards Leukuma
Dorsey & Whitney

_____ s/Kenneth W. Legacki _____

Kenneth W. Legacki, P.C.
425 G Street, Suite 920
Anchorage, AK 99501
Telephone: (907) 258-2422
Facsimile: (907) 278-4848

ORDER GRANTING STIPULATION TO EXTEND DATE FOR CLOSE OF DISCOVERY
EEOC v. United Freight & Transport - Case No. 3:05-cv-0122-TMB
Page 2 of 2