WILLIAM R. TAMAYO, REGIONAL ATTORNEY
A. LUIS LUCERO, JR., ASSOCIATE REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6943

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>            Defendant. | CIVIL ACTION NO. A05-00122<br><br>NOTICE OF ATTORNEY ABSENCE |

Plaintiff Equal Employment Opportunity Commission ("EEOC"), by and through its attorneys of record, gives the following notice: Lead Counsel Teri Healy will be unavailable, out of the office and out of the state on the following dates: April 21, 2006 through May 14, 2006. EEOC respectfully requests that the Court and all parties refrain from scheduling motions, depositions, or any matter in the above-referenced case during these periods of unavailability.

EEOC v. United Freight and Transport, Inc.
Notice of Attorney Absence
 Page 1 of 2

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

DATED this __14_ day of ___April__, 2006

| | |
|---|---|
| WILLIAM R. TAMAYO | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
| San Francisco District Office | |
| 350 The Embarcadero, Suite 500 | |
| San Francisco, CA  94105-1260 | |
| | |
| KATHRYN OLSON | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |

TERI HEALY

Senior Trial Attorney

BY: /s/ T. Healy

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| Seattle, Washington 98104 | Washington, D.C. 20507 |
| Telephone (206) 220-6916 | |
| Facsimile (206) 220-6911 | |

Attorneys for Plaintiff EEOC

EEOC v. United Freight and Transport, Inc.
Notice of Attorney Absence
 Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882