WILLIAM R. TAMAYO, REGIONAL ATTORNEY
A. LUIS LUCERO, JR., ASSOCIATE REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6943

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO.  A05-00122 |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | |
| UNITED FREIGHT AND TRANSPORT, INC., | |
| Defendant. | |

I certify that on April 21, 2006, a copy of the foregoing Notice of Unavailability, filed April 20, 2006, Docket No. 36,  was served electronically on William J. Evans, Kenneth W. Legacki and Wendy Edwards Leukuma and served by regular U.S. Mail on Nancy Shaw.

EEOC v. United Freight and Transport, Inc.
A05-00122
Certificate of Service
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

DATED this 21st day of April, 2006

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

/s/ Mary R. Hammock

Legal Technician

EEOC v. United Freight and Transport, Inc.
A05-00122
Certificate of Service
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle FieldOffice
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882