A. LUIS LUCERO, JR., REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6943

ATTORNEYS FOR PLAINTIFF

**DOCKETED**
**RECEIVED**

SEP 2 6 2005

DORSEY & WHITNEY L.L.P.
ANCHORAGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

    v.

UNITED FREIGHT AND TRANSPORT,
INC.,

    Defendant.

CIVIL ACTION NO. A01-0225CV (JKS)

EEOC'S FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION TO
DEFENDANT UNITED FREIGHT AND
TRANSPORT, INC.

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") hereby requests that defendant, United Freight and Transport, Inc. ("United Freight" or "defendant"), respond to the following discovery requests within thirty days from the date of service. Plaintiff requests that the discovery requests followed by the word "answer" be answered separately, fully, and in writing under oath. The responses are to be tendered to the EEOC at its Seattle District Office located at 909 First Avenue, Suite 400, Seattle, Washington 98104-1061.

EEOC v. United Freight and Transport, Inc.
EEOC'S 1ST Rogs and RFPs to Defendant
Page 1 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

EXHIBIT A
Page 1 of 3

1  REQUEST FOR PRODUCTION NO. 21:

2  Produce all hand-written or typed notes, e-mails, memorandums, or other record(s) created by

3  defendant, employee, or anyone else involved in the hiring process for the truck driver position

4  which relate in any way to the hiring process of the subject position for which Shotsay Posciri

5  applied.

6  Answer:

7

8  REQUEST FOR PRODUCTION NO. 22:

9  Provide financial records of defendant from January 1, 2002 to date, including but not limited to

10  all 10K reports, annual reports, other financial disclosures to State and/or Federal regulatory

11  agencies.

12  Answer:

13

    DATED this 28ed day of September, 2005.
14

15  A. LUIS LUCERO, JR.                              JAMES L. LEE
    Regional Attorney                                Deputy General Counsel
16

17  KATHRYN OLSON                                    GWENDOLYN Y. REAMS
    Supervisory Trial Attorney                       Associate General Counsel
18

19  TERI HEALY
    Senior Trial Attorney
20

21  BY: [signature]
    EQUAL EMPLOYMENT OPPORTUNITY
22  COMMISSION
    Seattle District Office                          Office of the General Counsel
23  909 First Avenue, Suite 400                      1801 "L" Street NW
24  Seattle, Washington 98104                        Washington, D.C. 20507
    Telephone (206) 220-6916
25
                                    Attorneys for Plaintiff

EEOC v. United Freight and Transport, Inc.
EEOC'S 1ST Rogs and RFPs to Defendant
Page 10 of 10

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

EXHIBIT A
Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that I served **EEOC's FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT UNITED FREIGHT AND TRANSPORT, INC.** on:

>   William J. Evans
>   DORSEY & WHITNEY LLP
>   1031 West 4th Avenue, Suite 600
>   Anchorage, Alaska 99501-5907
>   Attorneys for Defendant

by the following indicated method or methods:

>   ● by **mailing** a copy thereof in a sealed, first-class postage-paid envelope, addressed to the attorney(s) listed above, and deposited with the United States Postal Service at Seattle, Washington, on the date set forth below.

DATED this 23TH day of September, 2005.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*/s/ Mary R. Hammock*
Mary R. Hammock
Office Automation Assistant

CERTIFICATE OF SERVICE

EXHIBIT A
Page 3 of 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882