# Alaska Teamsters ONLINE

Home                                                                 Alaska Our Home

Teamster Home > Anchorage Hall




Teamsters Support Workers' Rights

Mike Kenny, Secretary - Treasurer

- E-Board
- Dues Office
- Dispatch
- Anchorage Hall
- Fairbanks Hall
- Juneau Hall
- Kenai/Kodiak Hall
- Organizing
- Safety
- A.L.I.V.E.
- Calendar of Events
- Directory
- Retirees
- Join Local 959
- Trust
- Member Photos

**Anchorage Hall**

The Anchorage Hall is located at 520 East 34th Avenue. General Membership Meetings are held at 7:00 p.m. the first Thursday of the month.

The following is a list of the Anchorage business representatives and their areas of responsibility. Please refer to the state-wide directory for phone numbers and e-mail links.

The fax number for all Anchorage business representatives is: (907)565-8265. The telephone number for the receptionist in the business representative area is: (907)565-8202.



Yes, it is a real moose...

| | |
|---|---|
| Brell, Gary | Anchorage Dispatcher. (907-565-8266) |
| Bridges, Scott | ARCTEC Alaska (ARS), Dyncorp International, Elmendorf Support Services, Norcon, Inc., (907-565-8207) |
| Huff Tuckness, Barbara | Horizon Lines of Alaska, LLC (Office Workers) South Peninsula Hospital, Standard Parking, ABM Janitorial, Lobbying (907-565-8236) |

EXHIBIT I
Page 1 of 3

| | |
|---|---|
| Jones, Michael | Allied Systems, Inc., Columbus Distributing, United Freight & Transport, Weaver Bros, Horizon Lines of Alaska (Hostler, Line, and Maintenance) Cummins Northwest, Doyle's Fuel Service, Totem Ocean Trailer Express, Inc. (Line and Office), Lynden Transport, Interstate Brands Corp. d/b/a Sunrise Bakery Division, Matanuska Maid, Safeway, d/b/a Carrs/Safeway (Warehouse, Hostler, and Sanitation Bargaining Units)Director of Organizing (907-565-8272) |
| Kenny, Michael | Secretary-Treasurer & Principal Executive Officer of Local 959, President of both the Alaska Petroleum Joint Crafts Council and the Fairbanks Joint Crafts Council, (907-565-8102) |
| Killian, Michael | Vice President of Local 959,Business Representative for AT&T Alascom, Arctic Slope Telephone Association Cooperative, (907-565-8130) |
| Lobdell, Brad | Construction Coordinator, Business Representative for: K&L Distributors (City Delivery & Local Cartage and Office Workers) Technical Engineers (Surveyors), Valdez Area Construction, including TCC J.V. and AES Pipeline, Power, and Communication (907-565-8225) |
| Mahaney, Joe | Alaska Interstate Construction (AIC, LLC), Alaska Frontier Constructors, North Slope Petroleum Industry M&O, Prudhoe Bay Maintenance, Trans Alaska Pipeline M&O, (907-565-8202 msg. number) |
| Marton, John | Negotiations and Arbitrations, Business Representative for ALSCO, Inc. d/b/a ALSCO, Anchorage (907-565-8257) |
| Miller, Dale | Anchorage School District (Warehouse and Maintenance and Food Service Bargaining Units) (907-565-8126) |
| Morgan, Tim | Anchorage Municipal Employees Assoc. (AMEA), Anchorage School District (Bus Drivers & Attendants), Paratransit (AnchorRIDES), Municipality of Anchorage (People Mover and Solid Waste Services) (907-565-8248) |
| Musto, Derek | Organizer (907-565-8219) |
| Nelson, Jr., Ross | AT&T Alascom, Arctic Slope World Services (PARC/Elmendorf), Field Support Services, |

EXHIBIT I
Page 2 of 3

| | |
|---|---|
| | Inc., Khotol Services Corporation, LB&B Associates Inc., Shaw Infrastructure, Inc., Chugach Support Service (King Salmon), (907-565-8138) |
| Petrovich, Mike | United Parcel Service, Matanuska Maid, Interstate Brands Corporation (Sunrise Bakery) (907-565-8245) |
| Posciri, Mike | Construction Business Representative for Southcentral Alaska, Anchorage Sand & Gravel, AggPro, Wilder Construction, Nome Joint Utilities System, Nome Construction, North Pacific Fuel (Dutch Harbor)(907-565-8186) |
| Trosper, Steve | Safety and Public Relations (907-565-8191) |
| Wasserman, Eric | Executive Director to the Secretary-Treasurer, Director of Public Sector (907-565-8104) |

**Home | Top**

©2000 Alaska Teamsters Local 959. All rights reserved

EXHIBIT I
Page 3 of 3