William J. Evans, ABA #9812092
Wendy E. Leukuma, ABA #0211048
DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, Alaska 99501-5907
(907) 276-4557

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>and<br><br>SHOTSAY POSCIRI,<br><br>          Plaintiff-Intervenor,<br><br>vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>          Defendant. | Case No. 3:05-cv-0122-JWS |

**PROPOSED ORDER ESTABLISHING AS 09.17.020 AS LAW OF THE CASE**

Having considered Defendant United Freight and Transport's Motion for Rule of Law of the Case Regarding Punitive Damage Evidence, and any opposition thereto,

IT IS HEREBY ORDERED that AS 09.10.070 shall control the discovery and presentation of punitive damage evidence in this case. Accordingly, trial shall be bifurcated and discovery of Defendant's financial condition is stayed unless and until the jury determines that punitive damages are awardable. All evidence on the issues to be

decided by jury, except the evidence on the amount of punitive damages, will be presented to the jury initially. The jury will then retire, deliberate, and return its verdict. If the jury finds that Defendant is liable and that punitive damages are awardable under either federal or state law, then Defendant will immediately produce evidence of its financial condition[1] to the Plaintiffs and evidence relevant to determining the amount, if any, of punitive damages to be awarded will be presented to the same jury. After presentation of such evidence, the jury will retire and deliberate on the amount of punitive damages, if any, to award and return its verdict.

ENTERED this _____ day of _____, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge

CERTIFICATE OF SERVICE

This certifies that on this 19th day of May, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Teri Healy
Equal Employment Opportunity Commission
Seattle District Office
909 1st Avenue, Suite 400
Seattle, Washington 98104
Email: teri.healy@eeoc.gov

Kenneth W. Legacki
425 G Street, Suite 920
Anchorage, Alaska 99501
Email: legacki@gci.net

s/ Wendy E. Leukuma

---

[1] This order does not address the scope of discoverable or admissible evidence related to Defendant's financial condition.

PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO
BIFURCATE TRIAL AND FOR PROTECTIVE ORDER
Page 2 of 2

*EEOC and Posciri v. UFTI*
Case No. 3:05-cv-0122-JWS

DORSEY & WHITNEY LLP
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557