**TABLE OF CONTENTS TO EXHIBITS TO**
**DEFENDANT'S MOTION FOR RULE OF LAW OF THE CASE**
**REGARDING PUNITIVE DAMAGE EVIDENCE**
**FILED MAY 19, 2006**


**EEOC and POSCIRI v. UFTI**
**Case No. 3:05-cv-0122-TMB**


**EXHIBIT A:** Excerpt from EEOC's First Interrogatories and Requests for Production to Defendant UFTI, dated September 23, 2005

**EXHIBIT B:** Excerpt from Defendant's Answers and Responses to EEOC's First Interrogatories and Requests for Production to Defendant, dated October 25, 2005

**EXHIBIT C:** Excerpt from Defendant's First Discovery Requests to Plaintiff and Supplemental Answers Thereto, dated December 5, 2005

**EXHIBIT D:** Letter from M. Kucuk to W. Evans and W. Leukuma, dated November 28, 2005

**EXHIBIT E:** Letter from W. Leukuma to T. Healy and M. Kucuk, dated November 29, 2005

**EXHIBIT F:** Excerpts from Deposition of Frank Monfrey, dated December 9, 2005

**EXHIBIT G:** Excerpt from EEOC's Second Set of Interrogatories and Requests for Production of Documents to Defendant UFTI, dated December 30, 2005

**EXHIBIT H:** Excerpt from Defendant's Answers and Responses to EEOC's Second Interrogatories and Requests for Production to Defendant, dated February 1, 2006

**EXHIBIT I:** Alaska Teamsters, Anchorage Hall website printout, printed May 19, 2006