WILLIAM R. TAMAYO, REGIONAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260

TERI HEALY, SENIOR TRIAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6916

ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br>and<br><br>Shotsay Posciri,<br><br>        Plaintiff in Intervention,<br><br>        v.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>        Defendant. | CASE NO. A05-0122 CV (JWS)<br><br>[PROPOSED] ORDER<br>APPROVING CONSENT DECREE |

The Court, having considered the foregoing stipulated agreement of the parties,

HEREBY ORDERS THAT the foregoing consent decree be, and the same hereby is,

approved as the final decree of this court in full settlement of this action.  This lawsuit is hereby

EEOC v. United Freight and Transport, Inc.
[Proposed] ORDER APPROVING CONSENT DECREE
Page 1 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882

dismissed with prejudice and without costs or attorneys' fees to any party.  The Court retains jurisdiction of this matter for purposes of enforcing the consent decree approved herein.

DATED this _____ day of _____, 2006.

_____

THE HONORABLE JOHN W. SEDWICK

UNITED STATES DISTRICT COURT JUDGE

EEOC v. United Freight and Transport, Inc.
[Proposed] ORDER APPROVING CONSENT DECREE
Page 2 of 2

U.S. Equal Employment Opportunity Commission
Seattle District Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone: (206) 220-6916
Fax:  (206) 220-6911
TDD:  (206) 220-6882