**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2006, a copy of the foregoing **[Proposed] CONSENT DECREE AND ORDER** was served electronically on:

> evans.bill@dorsey.com
> nshaw@akteamsters.com

> Attorneys for Defendant

> legacki@gci.net

> Attorneys for Plaintiff-Intervenor

by the following indicated method or methods:

DATED this   23rd   day of  June, 2006.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


/s/ Victoria Richardson

VICTORIA RICHARDSON
Paralegal

EEOC v. United Freight and Transport, Inc.  
A05-00122 (JWS)  
CERTIFICATE OF SERVICE  
Page 1 of 1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD:  (206) 220-6882