

# NOTICE TO EMPLOYEES

This notice has been posted pursuant to an Order of the Court, entered on _____, approving the Consent Decree entered in settlement of a lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC) against United Freight and Transport, Inc. in the District of Alaska.  The Consent Decree resolves EEOC's claims of sex discrimination brought against United Freight and enjoins the company from certain conduct prohibited by law.  United Freight and Transport, Inc affirms its commitment to compliance with laws against discrimination.

Federal law and the Consent Decree prohibit discrimination against any individual because of his or her sex.

Federal law also prohibits retaliation against any individual by an employer because the individual complains of discrimination, cooperates with any United Freight or Government Investigation of a charge of discrimination, participates as a witness or potential witness in any investigation or legal proceeding, or otherwise exercises his or her rights under the law.

Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline.

Should you have any complaints of discrimination, including a complaint based on sex, you should contact John Snyder at _____ or The Current Office Manager (for non-bargaining unit personnel).

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6883, 1.800.669.4000, or the Alaska State Commission FOR Human Rights, 800 "A" Street, Suite 202, Anchorage, Alaska 99501, Telephone: (907) 276-7474

This notice shall remain prominently posted at all United Freight facilities Until June 2010.  This Official Notice shall not be altered, defaced, covered or obstructed by any other material.