WILLIAM R. TAMAYO, REGIONAL ATTORNEY
KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
TERI HEALY, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA  98104
TEL: (206) 220-6916

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

  Plaintiffs,

  v.

UNITED FREIGHT AND TRANSPORT, INC.,

  Defendant.

CIVIL ACTION NO.  A05-00122

ERRATA

On June 23, 2006 a Consent Decree and Proposed Order were filed with the Court as docket number 48, along with a Certificate of Service as number 49 and a Notice to Employees as number 50.  The Notice to Employees was filed in error and Plaintiff Equal Employment Opportunity Commission substitutes the attached document to replace that filed as docket 50.

DATED this 27th day of June, 2006

EEOC v. United Freight and Transport, Inc.
Errata
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

| | | |
|---|---|---|
| 1 | WILLIAM R. TAMAYO | JAMES L. LEE |
| 2 | Regional Attorney | Deputy General Counsel |
| 3 | EQUAL EMPLOYMENT OPPORTUNITY | |
| 4 | COMMISSION | |
| 5 | San Francisco District Office | |
| 6 | 350 The Embarcadero, Suite 500 | |
| 7 | San Francisco, CA 94105-1260 | |
| 8 | | |
| 9 | KATHRYN OLSON | GWENDOLYN Y. REAMS |
| 10 | Supervisory Trial Attorney | Associate General Counsel |
| 11 | | |
| 12 | TERI HEALY | |
| 13 | Senior Trial Attorney | |
| 14 | | |
| 15 | *[signature]* | |
| 16 | | |
| 17 | BY: | |
| 18 | EQUAL EMPLOYMENT OPPORTUNITY | |
| 19 | COMMISSION | |
| 20 | Seattle District Office | Office of the General Counsel |
| 21 | 909 First Avenue, Suite 400 | 1801 "L" Street NW |
| 22 | Seattle, Washington 98104 | Washington, D.C. 20507 |
| 23 | Telephone (206) 220-6916 | |
| 24 | Facsimile (206) 220-6911 | |
| 25 | | |

Attorneys for Plaintiff EEOC

EEOC v. United Freight and Transport, Inc.
Errata
Page 2 of 2

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882