IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                         Plaintiff,<br><br>and<br><br>SHOTSAY POSCIRI,<br><br>                         Plaintiff-Intervenor,<br><br>        vs.<br><br>UNITED FREIGHT AND TRANSPORT, INC.,<br><br>                         Defendant. | Case No. 3:05-cv-0122    TMB<br><br><br>O R D E R<br>APPROVING CONSENT DECREE |

        The Court, having considered the stipulated agreement of the parties at docket 48, HEREBY

ORDERS that the consent decree is approved as the final decree of this Court in full settlement of

this action.

        This lawsuit is dismissed with prejudice and without costs or attorneys' fees to any party.

The Court retains jurisdiction of this matter for purposes of enforcing the consent decree approved

herein.

        Dated at Anchorage, Alaska, this 3rd day of July 2006.


                                                        /s/ Timothy Burgess
                                                        Timothy M. Burgess
                                                        United States District Judge

1